JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ISAI JESUS ARCAYO MIRANDA,

               Petitioner,

        v.

FERETI SEMAIA, et al.,

               Respondents.

) Case No. 5:26-cv-01714-SP
)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: <u>April 29, 2026</u>

_____

SHERI PYM
United States Magistrate Judge